UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FEDERAL INSURANCE CO.,**

    **Plaintiff,**

v.                                                      Case No.: 8:12-MC-50-T-27EAJ

**AL QAEDA, et al.,**

    **Defendants.**
_____/

### ORDER

Before the court is Plaintiff's **Motion for Issuance of Post-Judgment Writ of Garnishment** (Dkt. 2).

On March 29, 2012, the United States District Court for the Southern District of New York entered partial final judgment pursuant to Fed. R. Civ. P. 54(b) against Defendant Hezbollah in the amount of $9,351,247,965.99, plus applicable post-judgment statutory interest.

After registering the judgment in the United States District Court for the Middle District of Florida, Plaintiff moves for an writ of garnishment as to garnishee JPMorgan Chase Bank. Plaintiff believes that JPMorgan Chase Bank is indebted to Defendant Hezbollah or has tangible or intangible personal property of Defendant Hezbollah in its possession or control. Plaintiff attached a copy of the proposed writ as an exhibit to the motion (Dkt. 2 Ex. 2).

A money judgment is enforceable by a writ of garnishment, and the writ must accord with the law of the state where the court is located. Fed. R. Civ. P. 69(a)(1). The court issuing the writ "must have jurisdiction over both the garnishee and any property which is held by the garnishee." APR Energy, LLC v. Pakistan Power Res, LLC, No. 3:08-CV-961-J-25MCR, 2009 WL 425975, at *2 (M.D. Fla. Feb. 20, 2009) (emphasis omitted) (citation omitted).

Neither the motion nor the proposed writ indicate the location of Defendant Hezbollah's bank accounts. Accordingly, the Court cannot determine whether it has jurisdiction over the property to be garnished.

If the motion is renewed, Plaintiff shall file a redacted copy of the proposed writ in compliance with the Middle District of Florida CM/ECF administrative procedures allowing electronic filings made with the court to include the last four digits of a financial account number only. The writ served on the garnishee, if issued, may contain all of the account information.

Accordingly, and upon consideration, it is **ORDERED and ADJUDGED** that:

(1)   Plaintiff's **Motion for Issuance of Post-Judgment Writ of Garnishment** (Dkt. 2) is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Tampa, Florida on this 30th day of May, 2012.

ELIZABETH A JENKINS
United States Magistrate Judge